Atty., both of Butte, Mont., and Homer G. Murphy, Asst. U. S. Atty., of Helena, Mont.

PER CURIAM. Dismissal of writ of error for noncompliance by plaintiffs in error with rules 23 and 24 of rules of practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi) with leave to plaintiffs in error to ask for reinstatement of cause, if they can show merit in the matter.

---

THE LAKEWOOD. (Circuit Court of Appeals, Second Circuit. April 24, 1918.) No. 212. Appeal from the District Court of the United States for the Southern District of New York. Libel by the New York Central Railroad Company against the ferryboat Lakewood, her engines, etc.; the Central Railroad Company of New Jersey, claimant. Decree for libelant, and claimant appeals. Affirmed. Macklin, Brown & Purdy, of New York City (P. M. Brown, of New York City, of counsel), for appellant. Harrington, Bigham & Englar, of New York City (D. R. Englar, of New York City, of counsel), for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

---

McCURDY, County Treasurer, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 13, 1918.) No. 5050. Appeal from the District Court of the United States for the Western District of Oklahoma. Preston A. Shinn, of Pawhuska, Okl., for appellant. John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM. Decree of District Court reversed, without costs to either party in this court, and cause remanded, with directions to dismiss the bill of complaint, on confession of error and consent to reversal by appellee.

---

NICHOLS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 13, 1918.) No. 5259. Appeal from the District Court of the United States for the District of Colorado. Melvin C. Goss, of Boulder, Colo., for appellant. Harry B. Tedrow, U. S. Atty., of Boulder, Colo., and John A. Gordon, Asst. U. S. Atty., of Denver, Colo. See, also, 253 Fed. 989, —— C. C. A. ——.

PER CURIAM. Decree affirmed in part and reversed in part, without costs to either party in this court, etc., per stipulation of parties.

---

NICHOLS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 13, 1918.) No. 5260. Appeal from the District Court of the United States for the District of Colorado. Melvin C. Goss, of Boulder, Colo., for appellant. Harry B. Tedrow, U. S. Atty., of Boulder, Colo., and John A. Gordon, Asst. U. S. Atty., of Denver, Colo. See, also, 253 Fed. 989, —— C. C. A. ——.

PER CURIAM. Decree affirmed in part and reversed in part, without costs to either party in this court, etc., per stipulation of parties.

---

NICHOLSON v. DEAVER. In re RAWLINS MERCANTILE CO. (Circuit Court of Appeals, Fifth Circuit. November 13, 1918.) No. 3260. Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. In the matter of the Rawlins Mercantile Company, bankrupt. On petition for review by B. S. Deaver, trustee, findings of referee in favor of J. S. Nicholson, intervening claimant, were reversed (251 Fed. 164), and said claimant appeals. Affirmed. Charles Akerman, of Macon, Ga., for appellant. George S. Jones and Orville A. Park, both of